UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC., a Florida Non Profit
Corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

vs.

Case No. 6:11-cv-1390-Orl-22KRS

BIG LOTS STORES, INC.,

    Defendant.

_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

**FOR THE PLAINTIFFS:**

/s/Lawrence A. Fuller
Lawrence A. Fuller, Esq.
Florida Bar No.: 180470
Fuller, Fuller & Associates, PA
12000 Biscayne Blvd., Suite 609
N. Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com

Date: **March 27, 2012**

**FOR THE DEFENDANT:**

/s/Cheryl L. Wilke
Cheryl L. Wilke, Esq.
Florida Bar No.: 893780
Hinshaw & Culbertson, LLP
One E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301
Telephone: (954) 467-7900
Facsimile: (954) 467-1024
cwilke@hinshawlaw.com

Date: **March 27, 2012**